| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | SA-03-CR-467 (01)-XR |

**FILED** MAY 18 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

DOCKET NUMBER *(Rec. Court)*
5:10-CR-1188

United States District Court
Southern District of Texas
Filed
MAY 20 2010
CLERK OF COURT
LAREDO DIVISION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jose Gamboa<br>Laredo, Texas | Western District of Texas | San Antonio |
| | NAME OF SENTENCING JUDGE | |
| | Xavier Rodriguez, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/20/2009 — TO 04/19/2013 |

**OFFENSE**

Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), 21 U.S.C. § 841 (b)(1)(A) & 841 U.S.C. § 846.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Texas/San Antonio Division

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Texas/Laredo Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

4/28/10
_____
Date

_____
Xavier Rodriguez, United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Texas/Laredo Division

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

May 12, 2010
_____
Effective Date

_____
United States District Judge

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GAMBOA (1), and<br>AMORO ANGEL GUTIERREZ (2),<br><br>Defendants. | CRIMINAL NO.<br>SA03CR467OG<br>INDICTMENT<br><br>[Vio: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846: Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine;<br>Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A): Distribution and Possession with Intent to Distribute Methamphetamine;<br>Vio: 18 U.S.C. § 2: Aiding and Abetting.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), & 846]

That on or about September 20, 2003, in the Western District of Texas and elsewhere, Defendants,

**JOSE GAMBOA,
AMORO ANGEL GUTIERREZ,**

and other persons to the Grand Jurors known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other to distribute and to possess with intent to distribute a controlled substance, which offense involved five hundred grams or more, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846;

<u>COUNT TWO</u>
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A);
18 U.S.C. § 2]

That on or about September 20, 2003, in the Western District of Texas, Defendants

**JOSE GAMBOA and
AMORO ANGEL GUTIERREZ**

aided and abetted by each other, did unlawfully, knowingly, and intentionally distribute, and possess with intent to distribute, a controlled substance, which offense involved five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

JOHNNY SUTTON
United States Attorney

By:  JOEY CONTRERAS
Assistant United States Attorney

2

AO 245 B (Rev. 05/04)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### SAN ANTONIO DIVISION

**FILED**
JUL 1 - 2004
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE GAMBOA

Defendant.

Case Number   SA-03-CR-467 (01)-XR
USM Number   39394-180

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JOSE GAMBOA, was represented by Mr. C. Jeffrey Mulliner.

On motion of the United States, the Court has dismissed Count(s) Two (2) of the Indictment.

The defendant pled guilty to Count(s) One (1) of the Indictment on March 17, 2004. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(a)(1), 21 USC § 841(b)(1)(A) & 21 USC § 846 | Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Methamphetamine | 09/20/03 | 1 |

As pronounced on June 18, 2004, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 1st day of July 2004.

_____
XAVIER RODRIGUEZ
United States District Judge

58

AO 245 B (Rev. 05/04)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: JOSE GAMBOA
Case Number: SA-03-CR-467 (01)-XR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHTY-SEVEN (87) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:
(1) That the defendant be incarcerated in a Federal Correctional Institution as close as possible to San Antonio, Texas.
(2) That If eligible, the defendant participate in the 500 - Hour Intensive Drug Abuse Education Program.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: JOSE GAMBOA
Case Number: SA-03-CR-467 (01)-XR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FOUR (4) YEARS**.

While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: JOSE GAMBOA
Case Number: SA-03-CR-467 (01)-XR

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant: JOSE GAMBOA
Case Number: SA-03-CR-467 (01)-XR

14) If convicted of a sexual offense as described in 18 U.S.C. § 4024(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

AO 245 B (Rev. 05/04)(W.D.TX.) - CMP

Judgment--Page 6

Defendant: JOSE GAMBOA
Case Number: SA-03-CR-467 (01)-XR

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prison's Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 655 East Durango Boulevard, Room G-65, San Antonio, Texas 78206.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $0 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED

## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: 5:03-cr-00467-XR-1

Case title: USA v. Gamboa  
Magistrate judge case number: 5:03-mj-00500

Date Filed: 10/01/2003  
Date Terminated: 06/18/2004

Assigned to: Judge Xavier Rodriguez

**Defendant (1)**

**Jose Gamboa**  
*TERMINATED: 06/18/2004*

represented by **C. Jeffrey Mulliner**  
The Mulliner Law Firm, PLLC  
1225 South Presa Street, Suite 1  
San Antonio, TX 78210  
(210) 532-5333  
Fax: (210) 637-9142  
Email: jeff@satxcriminaldefense.com  
*TERMINATED: 06/18/2004*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Pending Counts**

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE Conspiracy to distribute and to possess with intent to distribute methamphetamine  
(1)

**Disposition**

The defendant is imprisonment of 87 months and 4 years of supervised release - no fine and $100 assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE: Aiding & abetting in the distribution and possession with intent to distribute methamphetamine  
(2)

**Disposition**

dismiss count 2 by Court

**Highest Offense Level (Terminated)**

A true copy of the original, I certify.  
Clerk, U. S. District Court  
By _____  
Deputy

Felony

**Complaints**                                              **Disposition**

Possession of more than 500 grams of
Methamphetamine with intent to
distribute in violation of Title 21 USC
841(a)(1) [ 5:03-m -500 ]

**Plaintiff**

USA                              represented by **Joey Contreras**
                                                Assistant United States Attorney
                                                601 N.W. Loop 410
                                                Suite 600
                                                San Antonio, TX 78216
                                                (210) 384-7025
                                                Fax: 210/384-7028
                                                Email: joey.contreras@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2003 |   | Case assigned to Honorable John W. Primomo [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 |   | Arrest of Jose Gamboa, Amoro Angel Gutierrez [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 | 1 | Complaint filed against Jose Gamboa, Amoro Angel Gutierrez [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 |   | Arrest warrant issued for Jose Gamboa, Amoro Angel Gutierrez [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 | 2 | Minutes of proceedings for Initial Appearance conducted on 9/22/03 as to Jose Gamboa by Judge Primomo. Court Reporter: ERO [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 |   | Defendant(s) Jose Gamboa first appearance held ; preliminary exam set at 10:30 9/25/03 for Jose Gamboa ; ; Defendant informed of rights. [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 |   | Notification by Jose Gamboa that Defendant requires SPANISH Language interpreter [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/22/2003 | 3 | Order of Temporary Detention as to Jose Gamboa ; Bond set to NO BOND for Jose Gamboa. setting Detention hearing for 10:30 9/25/03 for Jose Gamboa signed by Honorable John W. Primomo [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |

| | | |
|---|---|---|
| 09/22/2003 | 4 | Notice of attorney appearance for Jose Gamboa by C. Jeffrey Mulliner [ 5:03-m -500 ] (ac) (Entered: 09/24/2003) |
| 09/25/2003 | 8 | Order as to Jose Gamboa reset detention hearing to 10:30 9/30/03 for Jose Gamboa , and reset preliminary exam to 10:30 9/30/03 for Jose Gamboa signed by Honorable John W. Primomo [ 5:03-m -500 ] (ac) (Entered: 09/25/2003) |
| 09/30/2003 | 10 | Order of Detention: Bond reset to NO BOND for Jose Gamboa. Mooted Bond Motions signed by Honorable John W. Primomo [ 5:03-m -500 ] (ac) (Entered: 09/30/2003) |
| 09/30/2003 | 11 | Waiver of preliminary examination by Jose Gamboa : Defendant held to district court. [ 5:03-m -500 ] (ac) (Entered: 09/30/2003) |
| 10/01/2003 | | Case assigned to Honorable Orlando L. Garcia (kc) (Entered: 10/06/2003) |
| 10/01/2003 | 14 | Indictment filed against Jose Gamboa (1) count(s) 1, 2, Amoro Angel Gutierrez (2) count(s) 1, 2 (Pages: 2) (kc) (Entered: 10/06/2003) |
| 10/01/2003 | | Complaint terminated as to Jose Gamboa (rg) (Entered: 06/28/2004) |
| 10/03/2003 | 15 | Order as to Jose Gamboa set arraignment for 1:30 10/10/03 for Jose Gamboa signed by Judge Pamela A. Mathy (kc) (Entered: 10/06/2003) |
| 10/03/2003 | 17 | Arrest warrant returned executed for Jose Gamboa on 9/20/03 (kc) (Entered: 10/06/2003) |
| 10/09/2003 | 20 | Order referring motion to withdraw attorney to Magistrate Judge signed by Honorable Orlando L. Garcia (kc) (Entered: 10/10/2003) |
| 10/10/2003 | 21 | Waiver of personal appearance at arraignment and entry of plea not guilty by Jose Gamboa (1) count(s) 1, 2 signed by Judge Pamela A. Mathy (kc) (Entered: 10/14/2003) |
| 11/05/2003 | 26 | Order as to Jose Gamboa, Amoro Angel Gutierrez transferring case from the docket of Honorable Orlando L. Garcia to the docket of Honorable Xavier Rodriguez signed by Honorable Orlando L. Garcia (kc) (Entered: 11/06/2003) |
| 11/05/2003 | | Case reassigned from Honorable Orlando L. Garcia to Judge Xavier Rodriguez (kc) (Entered: 11/06/2003) |
| 11/06/2003 | 27 | General Order of Discovery as to Jose Gamboa, Amoro Angel Gutierrez signed by Judge Xavier Rodriguez (kc) (Entered: 11/07/2003) |
| 11/06/2003 | 28 | General Order concerning authentication of exhibits as to Jose Gamboa, Amoro Angel Gutierrez signed by Judge Xavier Rodriguez (kc) (Entered: 11/07/2003) |
| 11/06/2003 | 29 | Scheduling order as to Jose Gamboa, Amoro Angel Gutierrez: setting Plea agreement to be submitted on or before 11/26/03 for Jose Gamboa, for Amoro Angel Gutierrez; Docket Call set for 9:30 12/3/03 for Jose Gamboa, for Amoro Angel Gutierrez; Jury trial set for 9:30 12/8/03 for Jose Gamboa, for Amoro Angel Gutierrez; Jury Selection set for 9:30 12/8/03 for Jose |

| | | |
|---|---|---|
| | | Gamboa, for Amoro Angel Gutierrez signed by Judge Xavier Rodriguez (kc) (Entered: 11/07/2003) |
| 11/14/2003 | 30 | Unopposed Motion by Jose Gamboa to continue case for 60 days (kc) (Entered: 11/17/2003) |
| 11/24/2003 | 31 | Order as to Jose Gamboa granting motion to continue case for 60 days [30-1] as to Jose Gamboa (1) order indicates continuance is granted in order to obtain or substitute counsel, or give counsel reasonable time to prepare , reset scheduling order deadlines: Plea agreement to be submitted on or before 1/16/04 for Jose Gamboa ; Docket Call set for 9:30 1/29/04 for Jose Gamboa ; Jury trial set for 9:30 2/9/04 for Jose Gamboa , reset Jury selection to 9:30 2/9/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 11/25/2003) |
| 01/16/2004 | 33 | Order as to Jose Gamboa, Amoro Angel Gutierrez reset docket call to 1:30 1/29/04 for Jose Gamboa, for Amoro Angel Gutierrez signed by Judge Xavier Rodriguez (kc) (Entered: 01/20/2004) |
| 01/28/2004 | 34 | Sealed Motion by Jose Gamboa SEALED (kc) (Entered: 01/29/2004) |
| 01/28/2004 | 35 | SEALED Order as to Jose Gamboa granting motion SEALED [34-1] as to Jose Gamboa (1) signed by Judge Xavier Rodriguez (kc) (Entered: 01/29/2004) |
| 01/28/2004 | 36 | Amended Order as to Jose Gamboa order indicates continuance is granted in order to obtain or substitute counsel, or give counsel reasonable time to prepare , reset scheduling order deadlines: Plea agreement to be submitted on or before 3/5/04 for Jose Gamboa; Docket Call set for 1:30 3/18/04 for Jose Gamboa; Jury trial set for 9:30 4/5/04 for Jose Gamboa , reset Jury selection to 9:30 4/5/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 01/29/2004) |
| 01/30/2004 | 39 | Plea agreement filed as to Jose Gamboa (kc) (Entered: 02/02/2004) |
| 02/02/2004 | 40 | Order as to Jose Gamboa set rearraignment for 1:30 2/19/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 02/03/2004) |
| 02/19/2004 | 41 | Motion by Jose Gamboa to continue docket call (kc) (Entered: 02/20/2004) |
| 02/19/2004 | | Oral order as to Jose Gamboa by Judge Xavier Rodriguez granting motion to continue docket call [41-1] as to Jose Gamboa (1) (kc) Modified on 02/23/2004 (Entered: 02/23/2004) |
| 02/20/2004 | 42 | Minutes of proceedings for rearraignment/reset conducted on 2/19/04 as to Jose Gamboa by Judge Rodriguez. Court Reporter: Chris Poage (kc) (Entered: 02/23/2004) |
| 02/20/2004 | 43 | Order as to Jose Gamboa reset rearraignment to 1:30 3/18/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 02/23/2004) |
| 03/04/2004 | 45 | Order as to Jose Gamboa reset rearraignment to 9:30 3/17/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 03/04/2004) |
| 03/17/2004 | | Rearraignment as to Jose Gamboa held: Defendant informed of rights (kc) |

| | | |
|---|---|---|
| | | (Entered: 03/18/2004) |
| 03/17/2004 | | Plea of guilty entered by Jose Gamboa (1) count(s) 1 (kc) (Entered: 03/18/2004) |
| 03/17/2004 | | Referred to Probation for Pre-Sentence Report as to Jose Gamboa (kc) (Entered: 03/18/2004) |
| 03/17/2004 | | Guilty plea accepted by the court as to Jose Gamboa (1) count(s) 1 (kc) (Entered: 03/18/2004) |
| 03/17/2004 | 46 | Waiver of Rule 32 time limits by Jose Gamboa (kc) (Entered: 03/18/2004) |
| 03/17/2004 | 47 | Order as to Jose Gamboa set sentencing for 10:00 6/18/04 for Jose Gamboa signed by Judge Xavier Rodriguez (kc) (Entered: 03/18/2004) |
| 03/17/2004 | 48 | Minutes of proceedings for rearraignment/plea conducted on 3/17/04 as to Jose Gamboa by Judge Rodriguez. Court Reporter: Karl Myers (kc) (Entered: 03/18/2004) |
| 05/05/2004 | 54 | Filed waiver of indictment by Jose Gamboa. (fe) (Entered: 05/06/2004) |
| 05/28/2004 | 57 | Sealed Motion by USA as to Jose Gamboa SEALED (fe) (Entered: 06/01/2004) |
| 06/18/2004 | | Sentencing , Jose Gamboa (1) count(s) cmp held Jose Gamboa (1) count(s) 1. The defendant is imprisonment of 87 months and 4 years of supervised release - no fine and $100 assessment ; Mooted Motions: granting motion SEALED [57-1] as to Jose Gamboa (1) (fe) (Entered: 06/24/2004) |
| 06/18/2004 | | Motion in open court by Jose Gamboa to voluntary surrender (fe) (Entered: 06/24/2004) |
| 06/18/2004 | | Oral order as to Jose Gamboa by Judge Xavier Rodriguez denying oral motion to voluntary surrender [0-0] (fe) (Entered: 06/24/2004) |
| 06/18/2004 | | Dismissed count on motion by the court Jose Gamboa (1) count(s) 2 (fe) (Entered: 06/28/2004) |
| 07/01/2004 | 58 | Judgment and Commitment as to Jose Gamboa (1) count(s) 1 (Pages: 6) signed by Judge Xavier Rodriguez (fe) (Entered: 07/01/2004) |
| 07/01/2004 | | SEALED PSI PLACED IN VAULT as to Jose Gamboa (fe) (Entered: 07/01/2004) |
| 08/10/2004 | 61 | Judgment and commitment returned executed as to , Jose Gamboa (1) count(s) 1 on 7/20/04 (fe) (Entered: 08/12/2004) |
| 04/29/2010 | 62 | Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Jose Gamboa (rf) (Entered: 04/29/2010) |
| 05/18/2010 | 63 | ORDER transferring case to SDTX, Laredo Division as to Jose Gamboa. Signed by Judge Xavier Rodriguez. (rf) (Entered: 05/19/2010) |
| 05/19/2010 | 64 | Probation/Supervised Release Jurisdiction Transferred to SDTX, Laredo Division as to Jose Gamboa Transmitted Transfer of Jurisdiction form, with |

| | | certified copy of docket sheet. (rf) (Entered: 05/19/2010) |
|---|---|---|



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
655 East Durango Blvd., Suite G - 65
San Antonio, Texas 78206

May 19, 2010

United States District Court
Southern District of Texas
RECEIVED
MAY 2 0 2010
CLERK OF COURT
LAREDO DIVISON

5:10-CR-1188

Clerk, U.S. District Court
Southern District of Texas,
Laredo Division
1300 Victoria St., Ste. 1131
Laredo, TX 78040

SUBJECT:   CASE TRANSFER
           USA v. JOSE GAMBOA SA03-CR-467(1)-XR

Dear Clerk:

The above action has been transferred to your court. Enclosed, please find a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN/CM/ECF web address:

http://156.124.96.229/MyDocketSheet/mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office address at the address listed above.

Sincerely,
WILLIAM G. PUTNICKI, Clerk
United States District Court
Western District of Texas

By: _____
Robert F. Flaig
Deputy Clerk