US MAGISTRATE COURT
GRG-SDTX
FILED

# GUILLERMO R. GARCIA,
United States Magistrate Judge, Presiding

FEB 2 1 2013 MLR

David J. Bradley, Clerk
Laredo Division

| | | | | |
|---|---|---|---|---|
| Deputy Clerk | Mayra Ramirez | | Open | 09:10 AM |
| Court Reporter | Veronica Cantu  , ERO | | | |
| Court Interpreter | Ezequiel Quijano  (used) | | Adjourn | 09:11 AM |
| U.S. Pretrial | Dinorah Cantu | | | |
| U.S. Marshal | Javier Torres | | | DATE **February 21, 2013** |
| U.S. Probation | Margarita Hernandez | | | |

Southern District of Texas / Laredo Division Docket No. 5:10-CR-1188-01

| | | |
|---|---|---|
| United States of America | § | Robert Ramirez / Christopher Coker / Sanjeen Bahsner, AUSA |
| vs | § | |
| Jose Gamboa  , Defendant | § | AFPD Dan Ramirez  (on duty), Dft's Atty |

## Courtroom Minutes
### Initial Appearance

✔  Initial appearance on **[Warrant on Arrest]**.

✔  Dft's first appearance.  Dft. Advised of charges and rights.

✔  Dft. advised of charges.
    Indictment
    Violation of <u>Pretrial Release</u>          Violation of <u>Misdemeanor Probation</u>
    ✔  Violation of <u>Supervised Release Term</u>    Other:

✔  FINANCIAL AFFIDAVIT, executed and filed.

✔  Defendant requests appointed counsel.

✔  Federal Public Defender, appointed.

✔  No Bond Set. Defendant ordered detained pending further proceedings.

✔  Preliminary Examination - Supervised Release Violation  Hearing set on 03/07/13 at 10:00 AM before U.S. Magistrate Judge J. Scott Hacker in Courtroom 2C.

✔  Final Revocation Hearing set before U.S. District Judge Marina Garcia Marmolejo at a later date, TO BE ADVISED.

✔  Defendant remanded to the custody of U.S. Marshals.

*GRG / MLR*